UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACK D. HILTON and JEAN DENISE HILTON,

    Plaintiffs,

vs.                                                   Case No. 3:09-cv-838-J-34MCR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a Foreign
Corporation,

    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Physical Examination (Doc. 31) filed March 25, 2010. Defendant seeks to conduct an orthopaedic examination of Plaintiff, Jack D. Hilton, in order to enable Defendant to properly defend the action herein. (Id.). Defendant proposes the exam be conducted by Dr. Charles H. Shaw, M.D. on April 13, 2010 at 12:00 p.m.

Rule 35(a)(1) and (2) of the Federal Rules of Civil Procedure provides:

> The court where the action is pending may order a party whose mental or physical condition [] is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner . . .
>
> The order may be made only on motion for good cause and on notice to all parties and the person to be examined; and must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

Rule 35(a)(1) and (2), Fed.R.Civ.P.

-1-

According to Defendant, Plaintiff has placed his medical condition at issue by claiming to have "sustained permanent physical injuries to his right shoulder and neck as a result of the motor vehicle accident alleged in the Complaint." (Doc. 31, ¶ 1). Additionally, Defendant notes that Plaintiff does not oppose the examination. (Id. at ¶ 7). The Court finds Plaintiff has indeed placed his physical condition into controversy, that good cause exists for the medical examination, and as there is no opposition, will grant the request for examination by Dr. Shaw pursuant to Rule 35.

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendant's Motion for Physical Examination (Doc. 31) is **GRANTED**.

2. Plaintiff, Jack D. Hilton, shall submit to a medical examination by Dr. Charles H. Shaw, M.D., at Cindy Jennings & Associates, 3127-3 Atlantic Boulevard, Jacksonville, Florida 32207 on **April 13, 2010 at 12:00 p.m.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 26th day of March, 2010.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party